CHAMBERS OF

# MARK W. BENNETT

U.S. District Court Judge
P. O. Box 838
Sioux City, Iowa 51101

712/233-3909

*FAX:* ████████

E-mail Address:
████████████████

October 1, 2007

## *AMENDMENT TO FINANCIAL DISCLOSURE*
## *REPORT DATED 07/23/07*

Judge Ortrie D. Smith
Chairman, Committee on Financial Disclosure
One Columbus Circle NE
Washington, D.C. 20544

RE:    *Calendar Year 2006 Filing*

Dear Judge Smith:

Thank you for your letter of September 4, 2007, a copy of which is attached to this response for your convenience.

    1)  In Part VII, page 5, line 13, I have amended the report by deleting line 13 – it is an extraneous line from the 2005 report.  In Part VII, page 8, line 53 (now line 52), and page 10, lines 87-89 (now lines 86-88), I have amended the report by filling in the consideration paid and received for the asset in Column D(3).

    2)  In Part VII, page 8, line 66 (now line 65), and page 10, line 88 (now line 87), for "Franklin Income Class C" and "Hartford Capital Appreciation Fund", I have amended the report by including the appropriate income types in Column B.

    3) In Part VII, page 10, line 93 (now line 92), I have amended the report  by including the appropriate information in Column D, as this asset was purchased during the reporting period.

Finally, with the deletion of line 13 from page 5, I have readjusted the line numbers in the "Additional Information" section.  Please let me know if you should have any questions.

Sincerely,



Mark W. Bennett
U.S. District Court Judge

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| BENNETT, MARK W | USDC/Northern District of Iowa | 10/1/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Court Judge | ☐ Nomination,     Date <br> ☐ Initial    ☒ Annual    ☐ Final | 01/01/2006 <br> to <br> 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 313 United States Courthouse <br> 320 Sixth Street <br> Sioux City, IA 51101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Aspen Publishing | $ 3300 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Judicature Society /Drake Law School Series, Des Moines, Iowa | 2.26-3.1 mileage, lodging, meals |
| 2. | Iowa Academy of Trial Lawyers, Des Moines, Iowa | 3.1- 3.3 lodging, meals |
| 3. | Visiting Jurist in Residence at the Iowa University School of Law, Iowa City, Iowa | 3.27-3.30 mileage, lodging, meals |
| 4. | Drake University Law School , Des Moines, Iowa | 4.2-4.3 mileage, lodging, meals |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 10/1/2007 |

| | | |
|---|---|---|
| 5. | Eighth Circuit Chief Judges Conference, Minneapolis, Minnesota | 4.5-4.6 airfare, lodging, meals |
| 6. | Georgetown Employment Law Institute, Washington, DC | 4.6-4.7 airfare, lodging, meals |
| 7. | ITLA Employment Law Seminar, Des Moines, Iowa | 4.20-4.21 mileage, lodging, meals |
| 8. | Defender Services Committee Meeting, Washington, DC | 4.23-4.28 airfare, lodging, meals |
| 9. | Northern District of Iowa Courthouse Project Meeting, Cedar Rapids, Iowa | 5.11-5.12 airfare, lodging, meals |
| 10. | Advanced Fed Def Training Program/Def Services Comm Meeting San Fran/Sonoma, CA | 5.30-6.3 airfare, lodging, meals |
| 11. | West KM meeting, Cedar Rapids, IA | 6.7-6.8 airfare, lodging, meals |
| 12. | National Workshop for District Court Judges, San Diego, CA | 6.20-6/23 airfare, lodging, meals |
| 13. | Coe College Death Penalty Seminar/New Courthouse Construction Mtg, Cedar Rapids, IA | 7.12-7.14 airfare, lodging, meals |
| 14. | Judicial Conference, Gull Lake, MN | 7.16-7.20 airfare, lodging, meals |
| 15. | Iowa Bar Association Summer Seminar, Okoboji, IA | 8.19 mileage, meals |
| 16. | Magistarte Judge Interviews, Cedar Rapids, IA | 9.5-9.6 airfare, lodging, meals |
| 17. | Courthouse Construction Meeting, Cedar Rapids, IA | 10.26-10.28 airfare, lodging, meals |
| 18. | Seminar on Law and Science, Brooklyn, NY | 11.2-11.4 airfare, lodging, meals |
| 19. | Eleventh Circuit Judges' Meeting, Key West, FL | 12.3-12.4 airfare, lodging, meals |
| 20. | Defender Services Committee Meeting, New Orleans, LA | 12.4-12.8 airfare, lodging, meals |
| 21. | Federal Practice Seminar, Des Moines, IA | 12.15 mileage, meals |
| 22. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 10/1/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Stocks (IRA) | | | | | | | | | |
| 19. JDS Uniphase Corporation | | None | J | T | | | | | |
| 20. Michael's Stores (see notes) | | None | | | Partial Sale | 5/25 | J | B | |
| 21. | | | | | Partial Sale | 6/23 | J | B | |
| 22. Surebeam Corp. (see notes) | | None | | | | | | | |
| 23. Schwab Money Market Fund (IRA) | | None | J | T | | | | | |
| 24. Non IRA Assets and Investment Activity | | | | | | | | | |
| 25. Allianz RCM Biotech Fund Class | | None | | | Sale | 1/10 | J | | |
| 26. ANTX | | None | J | T | | | | | |
| 27. Cisco | | None | J | T | | | | | |
| 28. Fidelity Emerging Markets | | None | J | T | Buy | 3/28 | J | | |
| 29. Franklin Income Class C | | None | J | T | Buy | 11/9 | J | | |
| 30. Hartford Capital Appreciation CL C | | None | J | T | Buy | 11/9 | J | | |
| 31. JDS Uniphase | | None | J | T | | | | | |
| 32. Michael's Stores (see notes) | | None | | | | | | | |
| 33. Surebeam Corp. | A | Dividend | J | T | | | | | |
| 34. Wasatch Core Growth | | None | J | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 10/1/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| notes) | | | | | | | | | |
| 52. | | | | | Partial Sale | 6/22 | J | A | |
| 53. | | | | | Partial Sale | 11/3 | J | A | |
| 54. Allianceber International | None | J | T | | | | | | |
| 55. Berkshire Hathaway Inc DEL CL B | None | K | T | | | | | | |
| 56. Cambiar Opportunity Inv. | None | J | T | | | | | | |
| 57. FBR Small Cap Class | None | J | T | | | | | | |
| 58. Fidelity Cash Reserves | None | J | T | | | | | | |
| 59. Fidelity Emerging Markets | None | J | T | Partial Sale | 5/2 | J | A | |
| 60. | | | | | Partial Sale | 6/20 | J | A | |
| 61. | | | | | Partial Sale | 11/1 | J | A | |
| 62. Fidelity New Millenium | None | J | T | | | | | | |
| 63. Fidelity Select NWK & Infrastructure | None | | | Sale | 12/21 | J | | | |
| 64. Fidelity Large Cap Value Fund | None | K | T | Buy | 12/21 | K | | | |
| 65. Franklin Income Class C | None | K | T | Buy | 10/16 | J | | | |
| 66. | | | | | Buy | 11/6 | K | | |
| 67. Harding Loevner Emerging Market | None | J | T | Partial Sale | 5/2 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. Bank Deposit Program (see notes) | | None | J | T | | | | | |
| 86. Franklin Income Fund Class C | | None | K | T | Buy | 10/6 | K | | |
| 87. Hartford Capital Appreciation Fund | | None | J | T | Buy | 10/9 | J | | |
| 88. | | | | | Buy | 10/16 | J | | |
| 89. Olstein Financial Alert Fund (see notes) | | None | J | T | Partial Sale | 10/16 | K | E | |
| 90. RBC Dain Rauscher, Inc. (see notes) | | None | L | T | | | | | |
| 91. UTS First (see notes) | | None | J | T | | | | | |
| 92. Washington Mutual Bank COD | | None | K | T | Buy | 10/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 10/1/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Michael's Stores (#20) is no longer owned due to a cash merger on 10.31.06 with a total value of $5,362.39

Surebeam Corp. (#22) per records this stock had its registration revoked by the SEC effective 10.20.06

Michael's Stores (#32) is no longer owned due to a cash merger on 10.31.06 with a total value of $5.233.95

Spouse's IRA in line 50 is a Fidelity account

Aim International Small Co. (#51) was referred to as Aim International Emerging Growth in the 2005 report

████IRA in line 84 is a Smith Barney account just opened in 2006

Cash was deposited into the Bank Depoist Program (#85) in this IRA on 10/6/06

Olstein Financial Alert Fund (#89) was transferred into this IRA on 10/5/06

RBC Dain Rauscher Inc (#90) was deposited into this IRA on 10/5/06

UTS First (#91) was transferred into this IRA on 10/5/06

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date___ 10/1/07 ___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO 10 Rev. 1/2007 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) BENNETT, MARK W | 2. Court or Organization USDC/Northern District of Iowa | 3. Date of Report 7/23/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Court Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  313 United States Courthouse 320 Sixth Street Sioux City, IA 51101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 JUL 30 A 10: 59 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/23/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Aspen Publishing | $ 3300 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Judicature Society /Drake Law School Series, Des Moines, Iowa | 2.26-3.1 mileage, lodging, meals |
| 2. Iowa Academy of Trial Lawyers, Des Moines, Iowa | 3.1- 3.3 lodging, meals |
| 3. Visiting Jurist in Residence at the Iowa University School of Law, Iowa City, Iowa | 3.27-3.30 mileage, lodging, meals |
| 4. Drake University Law School , Des Moines, Iowa | 4.2-4.3 mileage, lodging, meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **BENNETT, MARK W** | 7/23/2007 |

| | | |
|---|---|---|
| 5. | Eighth Circuit Chief Judges Conference, Minneapolis, Minnesota | 4.5-4.6 airfare, lodging, meals |
| 6. | Georgetown Employment Law Institute, Washington, DC | 4.6-4.7 airfare, lodging, meals |
| 7. | ITLA Employment Law Seminar, Des Moines, Iowa | 4.20-4.21 mileage, lodging, meals |
| 8. | Defender Services Committee Meeting, Washington, DC | 4.23-4.28 airfare, lodging, meals |
| 9. | Northern District of Iowa Courthouse Project Meeting, Cedar Rapids, Iowa | 5.11-5.12 airfare, lodging, meals |
| 10. | Advanced Fed Def Training Program/Def Services Comm Meeting San Fran/Sonoma, CA | 5.30-6.3 airfare, lodging, meals |
| 11. | West KM meeting, Cedar Rapids, IA | 6.7-6.8 airfare, lodging, meals |
| 12. | National Workshop for District Court Judges, San Diego, CA | 6.20-6/23 airfare, lodging, meals |
| 13. | Coe College Death Penalty Seminar/New Courthouse Construction Mtg, Cedar Rapids, IA | 7.12-7.14 airfare, lodging, meals |
| 14. | Judicial Conference, Gull Lake, MN | 7.16-7.20 airfare, lodging, meals |
| 15. | Iowa Bar Association Summer Seminar, Okoboji, IA | 8.19 mileage, meals |
| 16. | Magistarte Judge Interviews, Cedar Rapids, IA | 9.5-9.6 airfare, lodging, meals |
| 17. | Courthouse Construction Meeting, Cedar Rapids, IA | 10.26-10.28 airfare, lodging, meals |
| 18. | Seminar on Law and Science, Brooklyn, NY | 11.2-11.4 airfare, lodging, meals |
| 19. | Eleventh Circuit Judges' Meeting, Key West, FL | 12.3-12.4 airfare, lodging, meals |
| 20. | Defender Services Committee Meeting, New Orleans, LA | 12.4-12.8 airfare, lodging, meals |
| 21. | Federal Practice Seminar, Des Moines, IA | 12.15 mileage, meals |
| 22. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mutual Funds (IRA) | | | | | | | | | |
| 2. Aim Global Health Care | | None | J | T | | | | | |
| 3. Buffalo Small Cap Fund | | None | J | T | Partial Sale | 12/28 | J | D | |
| 4. Cambiar Opportunity Fund | | None | J | T | Partial Sale | 1/12 | J | B | |
| 5. | | | | | Partial Sale | 4/25 | J | B | |
| 6. Excelsior Equity Opportunities Fund | | None | J | T | Buy | 11/13 | J | | |
| 7. Excelsior Value and Restructuring Fund | | None | J | T | | | | | |
| 8. Harding Loevner Emerging | | None | J | T | | | | | |
| 9. Hennesy Cornerstone | | None | | | Sale | 12/28 | J | D | |
| 10. Rainier Small/Mid Cap Equity Portfolio | | None | J | T | Partial Sale | 12/28 | J | C | |
| 11. Schwab Hedged Equity | | None | J | T | Partial Sale | 2/24 | J | B | |
| 12. | | | | | Partial Sale | 12/22 | J | B | |
| 13. | | | | | Buy | 11/10 | | | |
| 14. TCW Galileo Value Oppty | | None | | | Sale | 10/23 | J | D | |
| 15. Wasatch Core Growth Fund | | None | J | T | Partial Sale | 1/23 | J | C | |
| 16. | | | | | Partial Sale | 7/25 | J | B | |
| 17. | | | | | Partial Sale | 12/28 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Wasatch Internationl Growth Fund | | None | J | T | | 9/7 | | | |
| 19. Stocks (IRA) | | | | | | | | | |
| 20. JDS Uniphase Corporation | | None | J | T | | | | | |
| 21. Michael's Stores (see notes) | | None | | | Partial Sale | 5/25 | J | B | |
| 22. | | | | | Partial Sale | 6/23 | J | B | |
| 23. Surebeam Corp. (see notes) | | None | | | | | | | |
| 24. Schwab Money Market Fund (IRA) | | None | J | T | | | | | |
| 25. Non IRA Assets and Investment Activity | | | | | | | | | |
| 26. Allianz RCM Biotech Fund Class | | None | | | Sale | 1/10 | J | | |
| 27. ANTX | | None | J | T | | | | | |
| 28. Cisco | | None | J | T | | | | | |
| 29. Fidelity Emerging Markets | | None | J | T | Buy | 3/28 | J | | |
| 30. Franklin Income Class C | | None | J | T | Buy | 11/9 | J | | |
| 31. Hartford Capital Appreciation CL C | | None | J | T | Buy | 11/9 | J | | |
| 32. JDS Uniphase | | None | J | T | | | | | |
| 33. Michael's Stores (see notes) | | None | | | | | | | |
| 34. Surebeam Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wasatch Core Growth | | None | J | T | | | | | |
| 36. Wasatch Ultra Growth | | None | J | T | | | | | |
| 37. Williams Co's Inc. | | None | J | T | | | | | |
| 38. Miscellaneous Holdings | | | | | | | | | |
| 39. Iowa College Savings Account-- ▇▇▇ ▇▇▇custodian | | None | K | T | Contribute | | J | | |
| 40. Iowa College Savings Account . ▇▇▇ custodian | | None | K | T | Contribute | | J | | |
| 41. CKG ACCT; Fidelity, Boston MA | B | Interest | J | T | | | | | |
| 42. Wells Fargo Checking Account | A | Interest | J | T | | | | | |
| 43. Iowa/Nebraska State Bank Checking Account | A | Interest | J | T | | | J | | |
| 44. REINSURANCE AGREEMT; 1st Colony Life Ins. Co. | | None | M | W | | | | | |
| 45. Belcour Pension Invest VI | | None | J | T | | | | | |
| 46. LMTD PTRSHIP; Riverfront Ass'n; Des Moines, | | None | J | W | | | | | |
| 47. LMTD PTRSHIP-Shearson Senior Income Fund | | None | J | W | | | | | |
| 48. LMTD PTRSHIP-Shearson Coast Savings | | None | J | W | | | | | |
| 49. LMTD PTRSHIP-Caryle Real Estate | | None | J | W | | | | | |
| 50. RESIDENTIAL LOT; Sioux City, IA | | None | K | W | | | | | |
| 51. IRA ▇▇▇ (see notes) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Aim International Small Company (see notes) | | None | J | T | Partial Sale | 5/4 | K | B | |
| 53. | | | | | Partial Sale | 6/22 | | A | |
| 54. | | | | | Partial Sale | 11/3 | J | A | |
| 55. Allianceber International | | None | J | T | | | | | |
| 56. Berkshire Hathaway Inc DEL CL B | | None | K | T | | | | | |
| 57. Cambiar Opportunity Inv. | | None | J | T | | | | | |
| 58. FBR Small Cap Class | | None | J | T | | | | | |
| 59. Fidelity Cash Reserves | | None | J | T | | | | | |
| 60. Fidelity Emerging Markets | | None | J | T | Partial Sale | 5/2 | J | A | |
| 61. | | | | | Partial Sale | 6/20 | J | A | |
| 62. | | | | | Partial Sale | 11/1 | J | A | |
| 63. Fidelity New Millenium | | None | J | T | | | | | |
| 64. Fidelity Select NWK & Infrastructure | | None | | | Sale | 12/21 | J | | |
| 65. Fidelity Large Cap Value Fund | | None | K | T | Buy | 12/21 | K | | |
| 66. Franklin Income Class C | | | K | T | Buy | 10/16 | J | | |
| 67. | | | | | Buy | 11/6 | K | | |
| 68. Harding Loevner Emerging Market | | None | J | T | Partial Sale | 5/2 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | BENNETT, MARK W | 7/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Partial Sale | 6/20 | J | A | |
| 70. International Business Machine | | None | | | Sale | 5/4 | J | | |
| 71. JP Morgan Emerging Market Debt Select | | None | J | T | | | | | |
| 72. Matthews Pacific Tiger Fund | | None | J | T | Partial Sale | 6/20 | J | A | |
| 73. Neurberger Berman Partners Trust | | None | J | T | | | | | |
| 74. Oakmark Equity & Income FD | | None | K | T | Buy | 5/3 | J | | |
| 75. | | | | | Buy | 6/21 | J | | |
| 76. | | | | | Buy | 6/26 | J | | |
| 77. | | | | | Buy | 7/5 | K | | |
| 78. | | | | | Partial Sale | 10/10 | K | C | |
| 79. Wasatch Core Growth | | None | J | T | Partial Sale | 12/29 | J | B | |
| 80. Wasatch Hoisington US | | None | J | T | | | | | |
| 81. Wasatch Small Cap Value | | None | J | T | Partial Sale | 6/30 | K | B | |
| 82. | | | | | Partial Sale | 7/3 | K | B | |
| 83. | | | | | Partial Sale | 11/1 | J | A | |
| 84. | | | | | Partial Sale | 12/29 | J | B | |
| 85. IRA (see notes) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/23/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  Bank Deposit Program (see notes) | | None | J | T | | | | | |
| 87.  Franklin Income Fund Class C | | None | K | T | Buy | 10/6 | | | |
| 88.  Hartford Capital Appreciation Fund | | | J | T | Buy | 10/9 | | | |
| 89. | | | | | Buy | 10/16 | | | |
| 90.  Olstein Financial Alert Fund (see notes) | | None | J | T | Partial Sale | 10/16 | K | E | |
| 91.  RBC Dain Rauscher, Inc. (see notes) | | None | L | T | | | | | |
| 92.  UTS First (see notes) | | None | J | T | | | | | |
| 93.  Washington Mutual Bank COD | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/23/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Michael's Stores (#21) is no longer owned due to a cash merger on 10.31.06 with a total value of $5,362.39

Surebeam Corp. (#23) per records this stock had its registration revoked by the SEC effective 10.20.06

Michael's Stores (#31) is no longer owned due to a cash merger on 10.31.06 with a total value of $5.233.95

████IRA in line 51 is a Fidelity account

Aim International Small Co. (#52) was referred to as Aim International Emerging Growth in the 2005 report

████ IRA in line 85 is a Smith Barney account just opened in 2006

Cash was deposited into the Bank Depoist Program (#86 )in this IRA on 10/6/06

Olstein Financial Alert Fund (#90) was transferred into this IRA on 10/5/06

RBC Dain Rauscher Inc (#91) was deposited into this IRA on 10/5/06

UTS First (#92) was transferred into this IRA on 10/5/06

| Name of Person Reporting | Date of Report |
|---|---|
| BENNETT, MARK W | 7/23/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____  Date___ 7/23/07

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544